**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| TIFFANY M. KRITHARAKIS ) | Chapter 13 |
|     Debtor ) | |
| ) | |
| ) | |
| DEUTSCHE BANK NATIONAL ) | Case No. 10-51328 (AHWS) |
| TRUST COMPANY, AS TRUSTEE ) | |
|     Creditor ) | |
| ) | |
| TIFFANY M. KRITHARAKIS ) | August 6, 2010 |
| MOLLY T. WHITON ) | |
|     Chapter 13 Trustee, ) | |
|     Respondents ) | |

**OBJECTION TO CHAPTER 13 PLAN**

Pursuant to Federal Rules of Bankruptcy Procedure 3015(f) and 9014, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 (the "Creditor"), objects to confirmation of the Chapter 13 plan filed on June 24, 2010 (the "Plan") by Tiffany M. Kritharakis FKA Tiffany M. Stadler (the "Debtor") because the amount of the arrearage due and owing from the Debtor to the Creditor is underreported in Paragraph 2(b) of the Plan. In support of this Objection, the Creditor submits the following:

1.  The Debtor and Evangeolos Kritharakis own real property located at 25 Powder Horn Road, Norwalk, Connecticut 06850 (the "Property").

2.  On January 19, 2005, M.A.C. Mortgages ("MAC") loaned the Debtor and Evangeolos Kritharakis the sum of $340,000.00, as evidenced by a note executed on that date (the "Note"). Also on that date, the Debtor and Evangeolos Kritharakis executed a mortgage in favor of MAC with respect to the Property (the "Mortgage").

3. The Mortgage was recorded January 21, 2005, in Volume 5692 at Page 55 of the Norwalk Land Records.

4. MAC assigned the Mortgage to Sand Canyon Corporation FKA Option One Mortgage Corporation ("SCC") by instrument dated January 19, 2005 and recorded April 11, 2006 in Volume 6167 at Page 29 of the Norwalk Land Records.

5. SCC assigned the mortgage to the Creditor by assignment dated June 11, 2010 and recorded June 30, 2010 in Volume 7208 at Page 40 of the Norwalk Land Records.

6. The arrearage owed to the Creditor at the time the Debtor's case was filed, as reflected on a proof of claim dated July 27, 2010, is $18,935.66.

7. The total arrearage due to the Creditor in the amount of $18,935.66 is an allowed claim under § 502(a) of the Bankruptcy Code (the "Allowed Claim"). The Allowed Claim is not reported in the Plan in contravention of §1325(a)(5)(B)(ii) of the Bankruptcy Code.

8. Paragraph 2(b) of the Plan lists the mortgage arrearage as $16,200.00.

9. The Allowed Claim is underreported in the Plan in the amount of $2,735.66 in contravention of §1325(a)(5)(B)(ii) of the Bankruptcy Code.

10. The Plan should be modified to report correctly the Allowed Claim. The Plan should not be confirmed until proper amendment is filed with this Court.

**WHEREFORE,** the Creditor prays that its Objection to Confirmation of the Plan be sustained and that confirmation of the Plan, as proposed, be denied.

          **CREDITOR,**
          **DEUTSCHE BANK NATIONAL TRUST**
          **COMPANY, AS TRUSTEE**

By: **/s/ Martha Croog**
      Martha Croog, Esq.
      Martha Croog, LLC
      740 North Main Street, Suite N
      West Hartford, CT 06117
      (860) 236-9661; Bar No. CT12730