# The Law Offices of Linda M. Tirelli PC

**1100 Summer Street, Third Floor • Stamford, CT 06905**
**Phone (203)653-2203 • Fax (914)946-0870 • Email WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

\* Admitted CT, USDCCT and SDNY

White Plains, NY Office
(By Appointment Only)
One North Lexington Avenue
11th Floor
White Plains, NY 10601
(914)946-0860

November 21, 2010

Hon Judge Alan HW Shiff
United States Bankruptcy Judge
United States Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, CT 06604

      RE:    **DEBTOR'S COUNSEL  CHANGE OF ADDRESS**
                **CASE #10-51328**  (In re Kritharakis)

Dear Judge Shiff and Whom it May Concern:

Please be advised that effective immediately, the undersigned debtor's attorney's correspondence address has changed. Please send all correspondence and service to the new address as follows:

Law Office of Linda M. Tirelli PC
The Gateway Building
1 North Lexington Avenue, 11th Floor
White Plains, NY 10601

All contact numbers and email address will remain the same.

Thank you for your attention to this matter.

                Very truly yours,

                /S/ Linda M. Tirelli
                Linda M. Tirelli, Esq.
                Debtor's Counsel

cc: All Appearing Parties



\*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code.  Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.