Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli PC
Attorney for Debtor
One North Lexington Ave. 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 Fax: (914)946-0870
Email: WestchesterLegal@AOL.com

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------------------X

| | |
|---|---|
| IN THE MATTER OF : | |
| : | |
| : | CHAPTER 13 |
| TIFFANY M. KRITARAKIS : | |
| CHAPTER 13 DEBTOR : | CASE NO: 10-51328 (AHWS) |
| : | DEBTOR'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPTI, ASSET BACKED CERTIFICATES, SERIES 2005-OPTI AND AMERICAN HOME MORTGAGE SERVICING INC. |

---------------------------------------------------------------------X

**DEBTOR'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER
FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2005-OPTI, ASSET BACKED CERTIFICATES,
SERIES 2005-OPTI AND AMERICAN HOME MORTGAGE SERVICING, INC**

**NOW HERE COMES** the Chapter 13 Debtor, Ms. Tiffany Kritharakis (the "Debtor") through

her counsel of record, and hereby files her Objection to the Motion filed by Deutsche Bank

National Trust Company, As Trustee For Soundview Home Loan Trust 2005-Opti, Asset Backed

Certificates, Series 2005-OPT I, ( "DBNTC" or "Deutsche Bank") and American Home

Mortgage Servicing , Inc. ( "AHMSI") for a Protective Order (the "Motion") dated April 8, 2011

which appear as Documents Number 87 on the Court's ECF system. In support of her Objection, the Debtor respectfully represents and alleges as follows:

The instant motion is merely a reassertion of the same sort of stonewalling as the prior motion for protective order in this case ( see Doc. 47) The purported creditor Deutsche Bank through its attorney filed an unsubstantiated grossly inadequate proof of claim and now wants to shun all responsibility and create undue avoidance and delay of the issues. The debtor hereby reasserts and incorporates all the arguments made in her first objection to protective order as set forth in Doc. 82.

The instant motion should be denied as Deutsche Bank and AHMSI have collectively failed to establish grounds for the extraordinary relief it is seeking. Deutsche Bank acting in a capacity as Trustee for a Securitized Trust, maintains that it is a secured creditor of the Debtor, however, rather than providing documentation to demonstrate this status, Deutsche Bank provides the Debtor and this Court with what can only be described as false and misleading information as well as fabricated documents and false statements intended to entice reliance upon the same. It is worth noting that while AHMSI is inserting itself in the claims dispute clsaiming to be a servicer, although it was not party to the filing of the proof of claim #2-1 or the amended proof of claim #2-2 at issue. Despite its assertion to be a servicer, documentation as to the existence of AHMSI's agency relationship with Deutsche Bank as to the serving of the debtor's loan remains to be seen.

The gravamen of the of the instant motion is that both Deutsche Bank and AHMSI are in need of an order from the Court protecting both Deutsche Bank and AHMSI from producing a witness(es) and additional documents pursuant to the Debtor's requests for the same. The documentation attached to the proof of claim filed by Deutsche Bank fails to substantiate the

claim and fails to establish standing of Deutsche Bank to bring a claim at all. Moreover, it is the filing of false document with the court that prompted the United States Trustee's office to seek the court's approval of a 2004 Examination of the creditor. In short, despite filing documents of questionable authenticity and origin with this court and failing to make a cognizable claim, the creditor Deutsche Bank and its now presumed side-kick AHMSI are throwing up every possible road block to delay and avoid having to substantiate and own their wrong doing.

It is only after many attempts to amicably request documentation have failed that the debtor was left with no choice but to commence a contested matter and serve notices of deposition on the Deutsche Bank. After a round of motions for protective orders filed by the creditor, the debtor followed what she believed to be the court's instruction to re-write and clarify the requests for production and then she served the same with a second notice of deposition via subpoena. It was the creditor who suggested the depositions take place outside of this court's jurisdiction and to do so would require subpoena's on the parties. There was no intent to bypass this court as the instant motion contends, in fact, the debtor was doing what was asked of her by the court.

There has been no real attempt to resolve the discovery disputes by either Deutsche Bank or AHMSI. Instead, both parties take the position of aggressive stonewalling the debtor thereby causing a waste of time and resources be expended on even the most basic of discovery requests. In support of their Motion, Deutsche Bank and AHMSI would like the court to believe that the Debtor is asking for something outrageous or irrelevant; nothing could be further from the truth. The debtor came to bankruptcy court with no agenda except to merely identify, verify and face her creditors. The debtor has no desire to "harass and annoy" Deutsche Bank or AHMSI.

Instead, the debtor is merely seeking information to explain the otherwise unexplainable claim set forth in Proof of Claim #2.

Deutsche Bank and AHMSI provide no substanative arguments but merely make broad general assertions of a very generic nature which simply do not warrant a blanket order of protection in light of the totality of circumstances in this case.

WHEREFORE, The Debtor hereby respectfully requests the Court deny Deutsche Bank and AHMSI's Motion for Protective order.

June 8, 2011                                                                  /S/ LINDA M. TIRELLI

                                                                              Linda M. Tirelli, Esq.
                                                                              Law Offices of Linda M. Tirelli PC
                                                                              Attorney for Debtor
                                                                              One North Lexington Ave. 11th Floor
                                                                              White Plains, NY 10601
                                                                              Phone: (914)946-0860
                                                                              Fax: (914)946-0870
                                                                              Email: WestchesterLegal@AOL.com