LINDA TIRELLI
COUNSEL FOR DEBTOR
ONE NORTH LEXINGTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
-----------------------------------------------------------------X
IN THE MATTER OF                         :
                                         :
                                         :   CHAPTER 13
TIFFANY KRITHARAKIS                      :   CASE NO: 10–51328
                                         :
         DEBTOR                          :   NOTICE OF VOLUNTARY
                                             DISMISSAL OF CH 13 CASE
                                         :
                                         :
-----------------------------------------------------------------X
```

### DEBTORS' NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**COME NOW** the above-named debtors, by and through their attorney of record, and hereby voluntarily dismiss the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b). In support of this election, the debtors show unto the Court the following:

1. This case was commenced by the filing of a voluntary Chapter 13 petition on June 10, 2010.

2. This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

3. This case is being voluntarily dismissed pursuant to change in circumstances, namely the loss of debtor's primary residence due to fire.

This the 5th day of August, 2011.

/s/ LINDA M. TIRELLI
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli, PC
One North Lexington Avenue, 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 Fax: (914)946-0870
Email: WestchesterLegal@aol.com

After being fully informed and advised of the consequences of a dismissal of my Chapter 13 case, I have requested my attorney to file the necessary documents with the Bankruptcy Court so as to cause my case to be dismissed.

Date:         August 5, 2011                    /s/ Tiffany Kritharakis
                                                                    Debtor, Tiffany Kritharakis

LINDA TIRELLI
COUNSEL FOR DEBTOR
ONE NORTH LEXINGTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

```
-----------------------------------------------------------------X
IN THE MATTER OF                        :
                                        :
                                        :   CHAPTER 13
TIFFANY KRITHARAKIS                     :   CASE NO: 10−51328
                                        :
        DEBTOR                          :   CERTIFICATE OF SERVICE
                                        :
                                        :
-----------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

Linda M. Tirelli, attorney for the debtor, hereby certifies and affirms to the Court as follows:

1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have served a copy of the foregoing

Debtor's Notice of Voluntary Dismissal of Chapter 13 Case

on the respective dates for each correspondence upon all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Jonathan Kaplan, Esq.
Martha E. Croog, Esq.
Law Office of Martha Croog, LLC
The Brownstone
190 Trumbull Street, Second Floor
Hartford, CT 06103

    Thomas A. Connop, Esq.
    Bradley Knapp, Esq,
    Locke,Lord , Bissell & Liddell LLP
    2200 Rose Avenue Suite 2200
    Dallas, TX 75201

    Deutsche Bank National Trust Company, as Trustee
    1761 East St. Andrew Place
    Santa Ana, CA 06712

    American Home Mortgage Servicing, Inc.
    4600 Regent, Blvd.
    Irving, TX 75063

    Molly T. Whiton, Esq.
    Chapter 13 Trustee
    10 Columbus Boulevard
    Hartford, CT 06106

    Kim McCabe, Asst. US Trustee and
    Holley Claiborne, Esq.
    US Department of Justice
    The Giaimo Federal Building
    150 Court Street, Rm. 302
    New Haven, CT 06510

And to all parties identified on the creditor mailing matrix attached hereto as Exhibit "A"

    4.  To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

    5.  Service as outlined herein was made within the United States of America.

This the 5th day of August, 2011 .

/s/ LINDA M. TIRELLI
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli, PC
One North Lexington Avenue, 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 Fax: (914)946-0870
Email: WestchesterLegal@aol.com